# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Tyson Jackson<br><br>*Defendant(s)* | Case No.<br>2:19-MJ-41 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 14, 2019** in the county of **Randall** in the **Northern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) | Convicted Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Jacob Roybal, HSI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/14/2019

*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

2:19-MJ-41

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jacob L. Roybal, affiant herein, being duly sworn, state that I am a Corporal with the Amarillo Police Department and assigned as a Taskforce Officer under Homeland Security Investigations. I have been employed with the Amarillo Police Department since December of 2013. I successfully completed the police academy through the Amarillo Police Department and currently hold an intermediate peace officer license.

As a result of my training, education, and experience, I am familiar with federal laws, including Title 18, United States Code, Section 922(g)(1), which makes it unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

On February 14, 2019, officers had information on a subject, Tyson Jamal JACKSON, who was posting social media videos claiming that he had a firearm and was prepared to commit gun violence against the mother of his child, her family, and police. The videos were posted after Child Protective Services, along with the Amarillo Police Department, attempted to check on the welfare of his child and possible removal after other videos showed JACKSON smoking marijuana while holding his infant daughter. JACKSON has multiple felony convictions. A search warrant was obtained for the

1

residence of JACKSON at 8410 Barstow, Randall County, Amarillo, Texas. In the course of serving the warrant, two handguns and a rifle were located amongst financial documents and clothing belonging to JACKSON. One handgun is a Taurus, model PT 111, .9mm caliber pistol, bearing serial number TX041032, and the other is a Browning, model Barstow, 9mm caliber pistol, with the serial number removed. The rifle is a Sig Sauer, AR15 style rifle in .300 Blackout. JACKSON's girlfriend, Jennifer Drone, was *Mirandized* and during the interview, she stated that the two handguns belonged to JACKSON and that she has seen him with both handguns. She was unaware of the rifle. JACKSON denied any knowledge of the firearms. Law enforcement consulted with firearms interstate Nexus expert SA Kevin Srivastava and he stated all three firearms were not manufactured in the state of Texas; therefore, traveled in or affected interstate commerce. JACKSON is a previously convicted felon; therefore, prohibited from possessing firearms and ammunition.

Based on my training, education, and experience, and the information provided to me, there is probable cause that JACKSON violated Title 18, United States Code, Section 922(g)(1), which makes it unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

_[signature]_
Corporal Jacob Roybal
Amarillo Police Department
Homeland Security Investigations

Sworn to before me, and subscribed in my presence

February 14, 2019         at         Amarillo, Texas
Date                                    City and State

Lee Ann Reno, U.S. Magistrate Judge          _[signature: Lee Ann Reno]_
Name and Title of Judicial Officer           Signature of Judicial Officer

_[signature]_
Joshua Frausto
Assistant United States Attorney

3