IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.   NO. 2:19-CR-030-Z

TYSON JAMAL JACKSON

## FACTUAL RESUME

In support of Tyson Jamal Jackson's plea of guilty to the offense in Count One of the superseding indictment, Jackson, the defendant, Brooks Barfield, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSES

To prove the offense alleged in Count One of the superseding indictment, charging a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), that is, Convicted Felon in Possession of Firearms and Ammunition, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*  That the defendant knowingly possessed a firearm or ammunition as charged in the superseding indictment;

*Second.*  That before the defendant possessed the firearm or ammunition, the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year;

*Third.*  That when he possessed the firearm or ammunition, the defendant knew he had been convicted of such a crime; and

---

[1] Fifth Circuit Pattern Jury Instruction 2.43D (5th Cir. 2015 ed.); *Rehaif v. United States*, __ S.Ct. __, 2019 WL 2552487 (U.S. June 21, 2019).

Tyson Jamal Jackson
**Factual Resume - Page 1**

*Fourth.*   That the firearm or ammunition possessed traveled in interstate or foreign commerce; that is, before the defendant possessed the firearm or ammunition, it had traveled at some time from one state to another or between any part of the United States and any other country.

## STIPULATED FACTS

1.   Tyson Jamal Jackson admits and agrees that on or about February 14, 2019, in the Amarillo Division of the Northern District of Texas, and elsewhere, he was a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, and he did knowingly possess in or affecting interstate or foreign commerce, firearms, that are, 1) a Taurus, model PT111, 9mm caliber pistol, serial number TK041032; 2) a Browning Arms, model Hi-Power, 9mm caliber pistol serial number 245NM13157; and 3) ammunition; defendant knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

2.   On February 14, 2019, law enforcement officers had information that Tyson Jamal Jackson had posted a Facebook video claiming he was in possession of a firearm. On February 14, 2019, law enforcement officers executed a search warrant at Jackson's residence located at 8410 Barstow, Amarillo, Texas. During the search, officers located a Taurus, model PT111, 9mm caliber pistol, serial number TK041032 in Jackson's nightstand in his bedroom, along with various rounds of ammunition. Officers also located a Browning Arms, model Hi-Power, 9mm caliber pistol, serial number 245NM13157; a Sig Sauer, AR15 style rifle, .300 Blackout caliber, no serial number; and ammunition in Jackson's bedroom closet.

3. Before Jackson possessed the firearms and ammunition, he had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense. Jackson further admits, before he possessed the firearms and ammunition, he knew that he had been convicted of a felony offense.

4. Homeland Security TFO Jacob Roybal examined the firearms and determined they functioned as designed. TFO Roybal also determined that 1) the Taurus, model PT111, 9mm caliber pistol, serial number TK041032; 2) the Browning Arms, model Hi-Power, 9mm caliber pistol, serial number 245NM13157; and 3) ammunition were not manufactured in the State of Texas. Accordingly, the firearms and ammunition affected interstate or foreign commerce because the firearms and ammunition must have traveled at some time from one state to another or between any part of the United States and any other country.

5. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the superseding indictment.

AGREED TO AND STIPULATED on this 19th day of February, 2020.

                              ERIN NEALY COX
                              UNITED STATES ATTORNEY

*Tyson Jackson*

TYSON JACKSON
Defendant

JOSHUA FRAUSTO
Assistant United States Attorney
West Texas Deputy Branch Chief

Texas State Bar Number 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2356
Facsimile: 806-324-2399
E-mail: joshua.frausto@usdoj.gov

BROOKS BARFIELD
Attorney for Defendant