# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-10692
_____

United States of America,

        *Plaintiff—Appellee*,

versus

Tyson Jamal Jackson, *also known as* Tyson Jackson,

        *Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:19-CR-30-1

_____

Before Clement, Elrod, and Haynes, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellee's opposed motion to dismiss the appeal is GRANTED.

    IT IS FURTHER ORDERED that Appellee's alternative request to extend time to file a brief thirty (30) days from the Court's denial of the motion to dismiss appeal is DENIED AS MOOT.

**Certified as a true copy and issued
as the mandate on Dec 08, 2020**

**Attest:**
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 08, 2020

Ms. Karen S. Mitchell
Northern District of Texas, Amarillo
United States District Court
205 E. 5th Street
Room F-13240
Amarillo, TX 79101

    No. 20-10692   USA v. Tyson Jackson
                      USDC No. 2:19-CR-30-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

cc:  Mr. Wayne Brooks Barfield Jr.
     Ms. Leigha Amy Simonton